# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN HIGHHOUSE,** | : | No. 3:16cv78 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **WAYNE HIGHLANDS SCHOOL DISTRICT;** | : | |
| **GREGORY FRIGOLETTO,** individually and | : | |
| in his official capacity as Superintendent; | : | |
| **DIANE SCARFALLOTO,** individually and | : | |
| in her official capacity as Principal; | : | |
| **JOHN KRETSCHMER,** individually and in | : | |
| his official capacity as Vice Principal; and | : | |
| **GORDON WEST,** individually and in his | : | |
| official capacity as Teacher, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 7th day of September 2016, defendants' motion to dismiss (Doc. 14) is **GRANTED** in part and **DENIED** in part as follows:

The motion is **GRANTED** with respect to:

1. All claims against Defendants Gregory Frigoletto and Diane Scarfalloto.  These defendants are **DISMISSED** from this action;

2. Plaintiff's federal civil rights claims against Defendants John Kretschmer and Gordon West in their official capacities are **DISMISSED** with prejudice;

3. Plaintiff's Fifth Amendment claim asserted in Count I is **DISMISSED** with prejudice; and

4. Plaintiff's claims under the Pennsylvania Constitution, Count II, are **DISMISSED** with prejudice.

The motion is **DENIED** in all other aspects.

                                      **BY THE COURT:**

                                      **s/ James M. Munley**
                                      **JUDGE JAMES M. MUNLEY**
                                      **United States District Court**