# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN HIGHHOUSE,<br><br>　Plaintiff,<br><br>v.<br><br>WAYNE HIGHLANDS SCHOOL DISTRICT, et al.,<br><br>　Defendants. | CIVIL ACTION NO. 3:16-cv-00078<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 24th day of September, 2018, upon consideration of the defendants' motion for summary judgment (Doc. 37) and the submissions of counsel for the parties, IT IS HEREBY ORDERED that the motion is GRANTED, the amended complaint is dismissed, and the clerk is directed to close this case.

*s/ Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**U.S. Magistrate Judge**

**Dated: September 24, 2018**